JOHN NIDIFFER v. STATE.
No. A-1114. Opinion Filed August 26, 1912.
Appeal from Ottawa County Court;
W. Y. Quigley, Judge.

John Nidiffer was convicted of violating the prohibitory law, and appeals. Affirmed.

O. F. Mason, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM: The plaintiff in error, John Nidiffer, was convicted at the January, 1911, term of the county court of Ottawa county, on a charge of selling intoxicating liquor, and his punishment fixed at imprisonment in the county jail for a period of sixty days and a fine of one hundred fifty dollars. Upon careful examination of the record we find no error sufficient to justify a reversal of this cause. The judgment of the trial court is therefore affirmed.